**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2357**

---

SAID MICHAEL LEONARD SAETTA,

Plaintiff - Appellant,

versus

SHIRLEY  S.  CHATER,  COMMISSIONER  OF  SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-95-
1517-AMD, CA-95-1518-AMD)

---

Submitted: April 17, 1997          Decided: April 24, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Said Michael Leonard Saetta, Appellant Pro Se.  Claire S. Hoffman,
SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Saetta appeals the district court's order dismissing his claims for social security benefits for failure to exhaust administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Saetta v. Chater</u>, Nos. CA-95-1517-AMD; CA-95-1518-AMD (D. Md. Aug. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>